AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

RUBIN ESTRADA-VILLALOBOS

FILED

DEC - 4 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**WAIVER OF INDICTMENT**

CASE NUMBER: 07CR3249-JM

I, RUBIN ESTRADA-VILLALOBOS, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1326(a) and (b) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 12-4-07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Ruven Estrada Villalobos_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER